IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOISES ANTONIO PARADA-HERNANDEZ and ANA PINEDA, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:25-cv-2729-K-BN |
| JOSHUA JOHNSON, Acting Field Office Director, ERO Dallas, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant in part and deny in part Plaintiff Petitioners Moises Antonio Parada-Hernandez and Ana Pineda's Petition for Writ of Habeas Corpus [Dkt. No.1] and order Respondents to grant Petitioner Parada-Hernandez a bond hearing before an immigration judge. *See* Dkt. No. 13.

And the Magistrate Judge recommended that the Court should deny Petitioners' Motion for Temporary Restraining Order [Dkt. No. 2]. *See id.*

Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed December 2nd, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE