IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOISES ANTONIO PARADA-HERNANDEZ and ANA PINEDA, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:25-cv-2729-K-BN |
| JOSHUA JOHNSON, Acting Field Office Director, ERO Dallas, ET AL., | § § § | |
| Defendants. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Petitioners Moises Antonio Parada-Hernandez and Ana Pineda's Petition for Writ of Habeas Corpus [Dkt. No. 1] is GRANTED in part. Respondents are ORDERED to give Petitioner Parada-Hernandez a bond hearing before an immigration judge no later than December 16, 2025. Petitioners' Motion for Temporary Restraining Order [Dkt. No. 2] is DENIED.

SO ORDERED.

Signed December 2nd, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE