IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOISES ANTONIO PARADA-HERNANDEZ and ANA PINEDA, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:25-cv-2729-K-BN |
| JOSHUA JOHNSON, Acting Field Office Director, ERO Dallas, ET AL., | § § § | |
| Defendants. | § | |

## AMENDED JUDGMENT

In light of Petitioner's Notice of Status (Doc. No. 20), the Court enters the following Amended Judgment. This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, Petitioners Moises Antonio Parada-Hernandez and Ana Pineda's Petition for Writ of Habeas Corpus [Dkt. No. 1] is GRANTED in part. Petitioners' Motion for Temporary Restraining Order [Dkt. No. 2] is DENIED.

It is ORDERED, ADJUDGED, and DECREED that Respondents are DIRECTED to RELEASE Petitioner Parada-Hernandez from custody, under appropriate conditions of release, to a public place by no later than 5:00 p.m. on December 11, 2025.

It is further ORDERED, ADJUDGED, and DECREED that Respondent's must NOTIFY Petitioner's counsel of the exact location and exact time of his release as soon

as practicable and no less than two hours before his release. It is further ORDERED, ADJUDGED, and DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention is PROHIBITED.

It is further ORDERED, ADJUDGED, and DECREED that the parties shall FILE a Joint Status report no later than 9:00 a.m. December 12, 2025, confirming that Petitioner has been released.

SO ORDERED.

Signed December 11th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE